**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
BRIDGETT FELICE WEBB O/B/O A.W.,

                Plaintiff,                23 **CIVIL** 8707 (VSB)

    -v-                      **JUDGMENT**

COMMISSIONER OF SOCIAL SECURITY,

                Defendant.
-----------------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Stipulation and Order dated June 14, 2024, that the final decision of the Commissioner be reversed and the above-captioned action be remanded to the Commissioner of Social Security for further administrative proceedings pursuant to the fourth sentence of 42 U.S.C. § 405(g), including that Plaintiff will be offered another hearing.

**Dated:**  New York, New York
          June 25, 2024

                                                  **DANIEL ORTIZ**
                                              **Acting Clerk of Court**

                        **BY:**      *K. mango*

                                                  **Deputy Clerk**